# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NICOLE RUNKLE,** | : | **CIVIL ACTION NO. 1:13-CV-1020** |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| v. | : | |
| **DEPARTMENT OF LABOR AND INDUSTRY, COMMONWEALTH OF PENNSYLVANIA,** | : | |
| **Defendant** | : | |

## ORDER AND JUDGMENT

AND NOW, this 11th day of June, 2014, upon consideration of the motion (Doc. 11) pursuant to Federal Rule of Civil Procedure 56 by the Commonwealth of Pennsylvania Department of Labor and Industry ("Department") and the parties' briefs in support of and opposition to the motion (Docs. 15-16), and in accordance with the court's memorandum of the same date, it is hereby ORDERED that:

1. The Department's motion (Doc. 11) for summary judgment is GRANTED in its entirety.

2. Judgment is ENTERED in favor of the Department and against plaintiff Nicole Runkle on all counts of the complaint. (Doc. 1-2).

3. The Clerk of Court is directed to CLOSE this case.

      /S/ CHRISTOPHER C. CONNER
      Christopher C. Conner, Chief Judge
      United States District Court
      Middle District of Pennsylvania